**FILED**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

AUG 1 9 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **Criminal No. 7:10-CR-118-01 RAJ** |
| | § | |
| **DIMAS BALDEMAR MARTINEZ** | § | |

## ORDER REVOKING SUPERVISED RELEASE and RESENTENCING OF DEFENDANT

On this the 14th day of August, 2014, came on to be heard the Government's Motion for Revocation of Supervised Release granted by virtue of Judgment entered on August 26, 2010, in the above numbered and styled cause.

Defendant appeared in person and was represented by attorney of record, David G. Rogers. The United States was represented by Assistant United States Attorney, Brandi Young.

After reviewing the motion and the records in this case as well as hearing testimony and arguments of counsel, the Court is of the opinion that said Defendant has violated the provisions of his supervised release and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant upon supervised release. Further, the Court is of the opinion that the Motion for Revocation of Supervised Release should be, and it is hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that the term of supervised release of Defendant named above granted by Judgment entered on August 26, 2010 , be, and it is hereby **REVOKED and SET ASIDE** and the Defendant is resentenced as follows:

The Defendant, **DIMAS BALDEMAR MARTINEZ**, is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Nine (9) months, with this sentence to run consecutively with any State sentence he receives in Ector County.  The Court recommends that the defendant be incarcerated at F. C. I. Fort Worth, and that  he participate in a job training program, and an education program while incarcerated.

A term of Twenty-four (24) months supervised release is imposed, with the following special conditions to be observed, as well as the original general conditions.

1)  The defendant shall abstain from the use of all intoxicants, including alcohol, marijuana, synthetic marijuana, and bath salts,  during the term of supervision.

2)  The defendant shall not be permitted to reside any place where firearms are possessed or stored.

3) The defendant shall participate in the Home Confinement Program for a period of One (1) year with Electronic Monitoring.  During this time the defendant shall remain at his/her place of residence between the hours of 9:00 PM and 6:00 AM,  except for employment and other activities including school approved in advance by the probation officer. The defendant shall maintain a telephone at his/her place of residence without

"call forwarding," a "modem," caller ID," "call waiting," or portable cordless telephones for the above period. The defendant shall wear an electronic monitoring devise and follow electronic monitoring procedures specified by the probation officer. The Court further orders the defendant shall pay for the costs of Home Confinement, as directed by the probation officer.

4) The defendant shall have no contact with Johnny Ray Renteria, Wiley Roy Russell or any member of the Down Diablos Territory Crips, whether by phone, e-mail, fax, letter or in person, during the term of supervision.

5) The defendant shall continue paying previously ordered child support.

The Clerk will provide the United States Marshal Service with a copy of this Order and the Judgment entered on August 26, 2010  to serve as the commitment of the Defendant.

SIGNED this ___ day of August, 2014.

**Robert Junell**
United States District Judge